LEO AGRESS et al., Copartners Doing Business under the Name of AGRESS NUT & SEED Co., Respondents, *v.* OMER C. TURKMENILLI, Appellant.

JOSEPH A. ZALOOM et al., Copartners Doing Business under the Name of JOSEPH A. ZALOOM & COMPANY, Respondents, *v.* OMER C. TURKMENILLI, Appellant.

Argued December 6, 1951; decided January 17, 1952.

*Arthur Karger* and *Rudolph L. Cherurg* for appellant.
*Albert Adams* for respondents.

In each proceeding: Order affirmed, with costs; no opinion.

Concur: LEWIS, CONWAY, DESMOND, DYE and FROESSEL, JJ.
LOUGHRAN, Ch. J., and FULD, J., dissent on the ground that
plaintiffs waived their rights under the arbitration clause in
prosecuting their action against the defendant as they did.